# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2023-0500, <u>James McDermott v. Thomas Walsh</u>, the court on July 16, 2024, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). The defendant, Thomas Walsh, appeals orders of the Superior Court (<u>Anderson</u>, J.), in favor of the plaintiff, James McDermott, on his claim for breach of contract. The defendant argues that the trial court erred in: (1) denying his motion to dismiss; (2) denying his motion for summary judgment; (3) admitting certain documents into evidence; and (4) denying his motion to set aside the jury's verdict.

As the appealing party, the defendant has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the defendant's arguments, the relevant law, and the record submitted on appeal, we conclude that the defendant has not demonstrated reversible error. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

MacDonald, C.J., and Bassett, Hantz Marconi, Donovan, and Countway, JJ., concurred.

Timothy A. Gudas,
Clerk